# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Contrack Watts, Inc. ) ASBCA No. 61448
)
Under Contract No. W912ER-11-C-0049 )

APPEARANCE FOR THE APPELLANT: David A. Blake, Esq.
Seyfarth Shaw, LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
James D. Stephens, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Middle East
Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 1, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61448, Appeal of Contrack Watts, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals